**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

CRYSTAL GEORGE,

        Plaintiff,

   v.

BEACON DERMATOLOGY,

        Defendant.

**Civil Action No.: 1:24-cv-00266**

## <u>NOTICE OF REMOVAL</u>

**COMES NOW** Defendant Beacon Dermatology ("Defendant" or "Beacon"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1331, 1441, and 1446, hereby files this notice effecting the removal of the action described below from the Buncombe County Fortieth District Superior Court for the State of North Carolina to the United States District Court for the Western District of North Carolina, Asheville Division. In support thereof, Defendant states the following:

### <u>STATEMENT OF GROUNDS FOR REMOVAL</u>

### BACKGROUND

1.      On September 18, 2024, Plaintiff Crystal George ("Plaintiff"), commenced this suit against Defendant in the Buncombe County Fortieth District Superior Court, assigned case number 24CV208327-100 (the "State Court Action"). Attached hereto as **Exhibit A** are true and correct copies of the Civil Summons, Petition to Proceed as an Indigent, Civil Action Cover Sheet, Complaint for Employment Discrimination, Return of Service, and Notice of Appearance on behalf of Defendant. **Exhibit A** constitutes all the process, pleadings, notices and orders delivered to any party in the State Court Action, and is hereby incorporated by reference.

2. This action is a civil suit in which Plaintiff has asserted claims for employment discrimination, wrongful termination, and employment retaliation under 42 U.S.C. § 1981. *See* **Exhibit A**.

3. On September 25, 2024, Beacon was personally served with the Summons and Complaint via Sheriff for service of process.

4. On September 26, 2024, Hurricane Helene made landfall, which halted all of Defendant's business operations and caused Defendant's offices to be shut down.

5. On October 11, 2024, Honorable Paul Newby, Chief Justice of the Supreme Court of North Carolina, entered an Emergency Order extending a previous Amended Emergency Order due to the catastrophic conditions resulting from severe weather and flooding. The 11 October 2024 Order, attached hereto as **Exhibit B**, extends Defendant's time to answer or otherwise respond to the pleadings filed in the State Court Action to October 28, 2024.

6. Therefore, this Notice of Removal is timely.

## FEDERAL JURISDICTION

7. This is a civil action of which the Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one that may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(a), in that this is a civil action arising under laws of the United States. Specifically, Plaintiff alleges claims under 42 U.S.C. § 1981. *See* **Exhibit A**.

## NONWAIVER OF DEFENSES

8. In filing this Notice of Removal, Defendant does not waive and specifically reserves any and all defenses, exceptions, rights, and motions. No statement or omission in this Notice shall be deemed an admission of any allegations or of damages sought in the State Court Action.

**COMPLIANCE WITH REMOVAL STATUTES**

9. In accordance with 28 U.S.C. § 1446(a), venue of the removed action lies in the United States District Court for the Western District of North Carolina, Asheville Division because the state court action was filed and is pending in Buncombe County, North Carolina—a place embraced within the United States District Court for the Western District of North Carolina.

10. 28 U.S.C. § 1446(b)(2)(C), requires that this Notice of Removal be filed within thirty (30) days of service of the Complaint on the last-served Defendant. For good cause shown and due to **Exhibit B**, the Supreme Court of North Carolina's 11 October 2024 Emergency Order, this Notice of Removal is timely.

11. In accordance with 28 U.S.C. § 1446(a), copies of all state-court process, pleadings, and orders received by Defendant are attached as **Exhibit A.**

12. In accordance with 28 U.S.C. § 1446(d), Defendant contemporaneously filed in the State Court Action a copy of this Notice of Removal.

13. In accordance with 28 U.S.C. § 1446(d), Defendant will promptly give written notice to Plaintiff by serving this Notice of Removal on Plaintiff.

14. This Notice has been signed by counsel for Defendant pursuant to Federal Rule of Civil Procedure 11, as required by 28 U.S.C. § 1446(a).

**CONCLUSION**

**WHEREFORE**, Defendant prays that this Notice of Removal be deemed good and sufficient, and that Plaintiff's Complaint be removed from the Buncombe County Fortieth District Superior Court for the State of North Carolina, into this Court for trial and determination as provided by law, and that this Court enter such orders and issue such process as may be proper to

3

bring before it copies of all records and proceedings in such civil action as if it had been originally

commenced in this Court.

Respectfully submitted, this 24th day of October, 2024.

**WAGNER HICKS PLLC**

/s/ *Sean C. Wagner*
Sean C. Wagner (N.C. State Bar No. 50233)
831 E. Morehead Street, Suite 860
Charlotte, NC 28202
Telephone: (704) 705-7787
sean.wagner@wagnerhicks.law

*Counsel for Defendant Beacon Dermatology*

4

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on October 24, 2024 (the same date this Notice of Removal was filed in the United States District Court for the Western District of North Carolina) a true and correct copy of the foregoing Notice of Removal was electronically delivered to the Superior Clerk of Buncombe County, North Carolina for filing, and a true and correct copy of the foregoing Notice of Removal was served upon all parties in the State Court Action by United States Postal Service Certified Mail, postage prepaid, addressed as follows:

Crystal George
229 Tarpley Trail, Apt. 104
Asheville, NC 28806

*Pro se Plaintiff*

This the 24th day of October, 2024.

**WAGNER HICKS PLLC**

/s/ *Sean C. Wagner*
Sean C. Wagner

5